# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. SIENZE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00736-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND DIRECTING THE CLERK OF THE COURT TO SEAL THE TWO-YEAR COMPARISON WORKSHEET<br><br>(ECF No. 2) |

Plaintiff Victor M. Sienze is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Along with his complaint, Plaintiff filed an application to proceed without prepayment of fees in this action. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Along with his application, Plaintiff included federal income tax information which contains his Social Security number. The Court shall direct the Clerk of the Court to seal this page due to the confidential nature of the information.

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. Plaintiff's motion to proceed in forma pauperis is GRANTED; and

3 | 2. The Clerk of the Court is DIRECTED to seal page 2 of the application, the two-year comparison worksheet.

IT IS SO ORDERED.

Dated: **June 1, 2017**

UNITED STATES MAGISTRATE JUDGE