# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. SIENZE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00736-AWI-SAB<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND DIRECTING CLERK OF THE COURT TO FORWARD SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

Plaintiff Victor M. Sienze is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's first amended complaint has been found to state a claim against Deputy Sheriff Matthew J. Kutz and Sergeant D. Kerber for the use of excessive force in violation of the Fourth Amendment. Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    **Deputy Sheriff Matthew J. Kutz**

    **Sergeant D. Kerber**

2. The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the first amended complaint filed June 30, 2017;

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to

1

the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above; and

    c. Three (3) copies of the endorsed first amended complaint filed June 30, 2017;

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

5. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **August 22, 2017**

                                   UNITED STATES MAGISTRATE JUDGE