# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. SIENZE,<br><br>  Plaintiff,<br><br>  v.<br><br>MADERA COUNTY SHERIFF'S OFFICE, et al.,<br><br>  Defendants. | Case No. 1:17-cv-00736-AWI-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO ISSUE NEW CIVIL CASE DOCUMENTS |

   Plaintiff Victor M. Sienze is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's first amended complaint has been found to state a cognizable claim, has been served, and Defendants have filed an answer.

   Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to issue civil new case documents in this action.

IT IS SO ORDERED.

Dated:  **November 27, 2017**

                                    UNITED STATES MAGISTRATE JUDGE

1