# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. SIENZE,<br><br>        Plaintiff,<br><br>     v.<br><br>MADERA COUNTY SHERIFF'S OFFICE, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00736-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 17, 20) |

Plaintiff Victor M. Sienze is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff failed to appear for a mandatory scheduling conference on February 20, 2018, and an order issued the same day requiring Plaintiff to show cause for the failure to appear.

On February 26, 2018, Plaintiff filed a response to the order to show cause. Based upon Plaintiff's response the Court shall discharge the order to show cause.

Although Plaintiff is proceeding pro se in this action he is required to be familiar with and comply with the federal and local rules and orders of the court. While the circumstances here are tragic, and the Court expresses condolences to Plaintiff on the loss of his son, Plaintiff is advised that if he is unable to comply with a court order he must file a request for an extension of time prior to the expiration of the deadline.

Based on the foregoing, the February 20, 2018 order to show cause (ECF No. 17) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 28, 2018**

UNITED STATES MAGISTRATE JUDGE