# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR M. SIENZE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MADERA COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-00736-AWI-SAB<br><br>ORDER DISREGARDING PLAINTIFF'S NOTICE OF INITIAL DISCLOSURES<br><br>(ECF No. 22) |

Plaintiff Victor M. Sienze is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 5, 2018, Plaintiff filed a notice of initial disclosures in this matter. Plaintiff is advised that the Court is not the repository of the party's evidence. Originals, or copies of evidence need not be submitted until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court). Accordingly, Plaintiff's initial disclosures, filed March 5, 2018, are HEREBY DISREGARDED.

IT IS SO ORDERED.

Dated: **March 6, 2018**

　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1