# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR M. SIENZE,** | **CASE NO. 1:17-CV-0736 AWI SAB** |
| Plaintiff | **ORDER RE: OBJECTIONS TO EXHIBIT BINDERS** |
| v. | |
| **SHERIFF'S DEPUTY MATTHEW J. KUTZ and SHERIFF'S SERGEANT DANIEL N. KERBER,** | **(Docs. 113 and 121)** |
| Defendants | |

In this case, both sides have objected to the other's preparation of trial exhibit binders. See Docs. 113 and 121. The Pretrial Order required the parties to meet to pre-mark and examine each other's exhibits by February 6, 2019. Doc. 72, 20:9-13. The parties met on February 5, 2019. The parties were unable to come to a mutually agreeable way to mark their exhibits. Each side then submitted their own exhibit binders. While Defendants were not provided a copy of Plaintiff's exhibit binder, Defendants were able to review the binder a few days before trial. Each side has had an opportunity to object to the other's exhibits before the presentation of evidence in this case. All issues with the exhibit binders have been resolved and no sanctions are necessary.

IT IS SO ORDERED.

Dated: _March 28, 2019_       _____

SENIOR DISTRICT JUDGE